Esequiel RODRIGUEZ, Plaintiff–Appellant,

v.

Oscar LOPEZ, et al., Defendants–Appellees.

No. 89–2992
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 23, 1990.

Esequiel Rodriguez, Tennessee Colony, Tex., pro se.

J.G. Adami, Jr., Mark R. Paisley, Perkins, Oden, Warburton, McNeill, Adami & Paisley, Alice, Tex., for defendants-appellees.

Before GEE, DAVIS, and JONES, Circuit Judges.

PER CURIAM:

The appeal is frivolous, being without arguable merit. See Local Rule 42.2. Appellant, therefore, is assessed damages of $20.00, to be paid to the Clerk of this Court. The Clerk is directed to accept no further filings from appellant until full payment is made.

DISMISSED.